STATE OF ILLINOIS        )
                         )SS
COUNTY OF COOK           )

    I, **PAUL T. BERKOWITZ**, being first duly sworn on oath state as follows:

1. I am an attorney in the law offices of Paul T. Berkowitz & Associates, Ltd. My office address is 123 West Madison Street, Suite 600, Chicago, Illinois, 60602.

2. I represent all of the Plaintiffs in Case No. 2:08-CV-170.

3. Plaintiffs have incurred $7,062.50 in reasonable attorneys' fees and $350 in costs to date in pursuit of this claim.

4. Attached to my Affidavit is this office's billing summary sheet.

    I affirm under the penalties of perjury, that the foregoing representations are true.

_____
                 PAUL T. BERKOWITZ

Subscribed to and
sworn to before me

this _16__ day of
_____, 2009
_____
Notary Public

"OFFICIAL SEAL"
JENNIFER MARTINO
Notary Public, State of Illinois
My Commission Expires 01/20/13

## Paul T. Berkowitz & Associates, Ltd.
## Time Activities by Client Detail
### Activity: June 1, 2008 - November 13, 2009
### Painters 460 Funds vs. Banks Design Inc.

| Activity Date | Employee | Description | Duration | Amount |
|---|---|---|---|---|
| 06/05/2008 | Joseph Pawlick | Complaint against Banks Design (failure to submit monthly reporting forms) | 3.00 | 525.00 |
| 06/13/2008 | Paul T. Berkowitz | re Banks Design - phone call w/ Posey | 0.25 | 43.75 |
| 06/18/2008 | Paul T. Berkowitz | re Banks Design -- phonecall w/ Nicole | 0.25 | 43.75 |
| 08/18/2008 | Paul T. Berkowitz | re Banks Design, phone call w/ Henry Sierra, file | 0.25 | 43.75 |
| 08/18/2008 | Paul T. Berkowitz | re Banks Design, review Answer filed by company | 0.25 | 43.75 |
| 09/26/2008 | Thomas E. Moss | Banks Design-Review docket and file. | 0.50 | 87.50 |
| 10/01/2008 | Thomas E. Moss | Banks Design-Conference re status and relief sought. | 0.25 | 43.75 |
| 10/03/2008 | Thomas E. Moss | Banks Design-Appearance on initial hearing with court and opposing counsel. | 2.00 | 350.00 |
| 10/24/2008 | Thomas E. Moss | Banks Design-Review file and docket to assess status. | 0.25 | 43.75 |
| 10/28/2008 | Thomas E. Moss | Banks Design-Tc w/opposing counsel re debtor's progress in production of records for audit. | 0.25 | 43.75 |
| 10/30/2008 | Paul T. Berkowitz | re Southlake and Banks Design, phone call w/ Henry Sierra | 0.25 | 43.75 |
| 11/08/2008 | Thomas E. Moss | Banks Design-tc w/opposing counsel; review file for bankground. | 0.50 | 87.50 |
| 11/11/2008 | Paul T. Berkowitz | re Southlake/Banks letter; phone call w/ SCMiller, phone call w/ Pam, phone call w/ Jim Mitchell | 1.25 | 218.75 |
| 11/12/2008 | Paul T. Berkowitz | Phone call w/ Allen Delange, letter to Southlake/Banks, phone call w/ SCMiller | 0.75 | 131.25 |
| 11/19/2008 | Thomas E. Moss | Banks Design-Review corresondence from Funds to debtor; review file and docket to prepare chronology and identify all periods that collections are proceeding; tc to auditor to determine progress on audit; tc to client to inquire on payments and periods unpaid; tc w/opposing counsel re issues and debtor's ability to make payemnts. | 1.25 | 218.75 |
| 11/20/2008 | Thomas E. Moss | Banks Design-Review events and documents; compile information for conference; conference w/ptb. | 0.75 | 131.25 |
| 11/21/2008 | Thomas E. Moss | Banks Design-Tc w/opposing counsel. | 0.25 | 43.75 |
| 12/03/2008 | Thomas E. Moss | Banks Design-Conference w/ptb re proceeding with audit and litigation. | 0.25 | 43.75 |
| 12/23/2008 | Thomas E. Moss | Banks Design-Review file and docket; preparation of status report. | 1.00 | 175.00 |
| 12/30/2008 | Thomas E. Moss | Banks Design-Conference w/ptb; finalize and file status report to court. | 0.50 | 87.50 |
| 12/31/2008 | Thomas E. Moss | Banks Design-Confirm compliance w/court's order re status report to court. | 0.25 | 43.75 |
| 01/15/2009 | Thomas E. Moss | Banks Design-Review and docket court's order setting date for status report. | 0.25 | 50.00 |
| 01/15/2009 | Thomas E. Moss | Banks Design-Review file and status of audit with auditor's office. | 0.50 | 100.00 |
| 01/22/2009 | Paul T. Berkowitz | re Banks Design, letter | 0.25 | 50.00 |
| 01/27/2009 | Thomas E. Moss | Banks Design-Tc w/auditor. | 0.25 | 50.00 |
| 01/28/2009 | Thomas E. Moss | Banks Design-Monitor developments and payments. | 0.25 | 50.00 |
| 02/06/2009 | Thomas E. Moss | Banks Design-Monitor payments by debtor. | 0.25 | 50.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/2009 | Thomas E. Moss | Banks Design-Monitor progress on performance of audit. | 0.25 | 50.00 |
| 02/25/2009 | Paul T. Berkowitz | re Banks Design, status report review, email to Art Johnson | 0.25 | 50.00 |
| 03/03/2009 | Thomas E. Moss | Banks Design-Monitor developments; review Court's order re filing status/settlement report. | 0.25 | 50.00 |
| 03/26/2009 | Paul T. Berkowitz | re Banks, emails to Art Johnson | 0.25 | 50.00 |
| 04/07/2009 | Thomas E. Moss | Banks Design-Monitor court's docket. | 0.25 | 50.00 |
| 04/15/2009 | Jennifer Martino | re Banks, ECF of Status report | 0.25 | 18.75 |
| 04/15/2009 | Paul T. Berkowitz | re Banks Design - Status Report | 0.25 | 50.00 |
| 04/15/2009 | Thomas E. Moss | Banks Design-Review docket; consult on preparation of status report to court. | 0.25 | 50.00 |
| 04/17/2009 | Thomas E. Moss | Banks Design-Tc w/P. Pokorney and conference w/ptb re representation and benefits. | 0.50 | 100.00 |
| 05/07/2009 | Paul T. Berkowitz | re: Banks - phone call with Henry and one employee | 0.25 | 50.00 |
| 05/18/2009 | Thomas E. Moss | Banks Design-Monitor court's entry of order scheduling status conference; review docket. | 0.25 | 50.00 |
| 05/26/2009 | Thomas E. Moss | Banks Design-Conference w/ptb; tc to client re recent payments; prep for hearing. | 0.50 | 100.00 |
| 05/27/2009 | Thomas E. Moss | Banks Design-Follow up conference. | 0.25 | 50.00 |
| 05/27/2009 | Paul T. Berkowitz | re Banks, phone call w/ Henry | 0.25 | 50.00 |
| 05/29/2009 | Thomas E. Moss | Banks Design-Conference w/ptb re status call; initial prep of discovery., | 1.25 | 250.00 |
| 05/29/2009 | Paul T. Berkowitz | Banks - Phone status call w/Mag Judge Rodovich & Art Johnson. | 0.50 | 100.00 |
| 05/29/2009 | Paul T. Berkowitz | re Banks, Court status call w/ Judge Rodo and Art Johnson | 0.25 | 50.00 |
| 09/16/2009 | Thomas E. Moss | Banks Design-Tc w/opposing counsel. | 0.25 | 50.00 |
| 09/17/2009 | Paul T. Berkowitz | re Banks and Southlake | 0.25 | 50.00 |
| 09/17/2009 | Thomas E. Moss | Banks Design-Conference. | 0.25 | 50.00 |
| 10/06/2009 | Thomas E. Moss | Banks Design-Review court's order re assignment of case. | 0.25 | 50.00 |
| 10/07/2009 | Paul T. Berkowitz | Retting, Southlake, Abco, Banks - Phone call with Henry Sierra | 0.50 | 100.00 |
| 10/15/2009 | Thomas E. Moss | Banks Design-Conference w/ptb. | 0.25 | 50.00 |
| 10/16/2009 | Thomas E. Moss | Banks - Review file and court's docket; initial prep of motion for summary judgment. | 2.25 | 450.00 |
| 10/19/2009 | Thomas E. Moss | Banks-Additional preparation of motion; conferance re damages; update case authorities for use in brief. | 2.50 | 500.00 |
| 10/20/2009 | Thomas E. Moss | Banks-Revise argument portion of brief to incorporate latest case authorites. | 2.00 | 400.00 |
| 10/23/2009 | Thomas E. Moss | Banks-Monitor payments | 0.25 | 50.00 |
| 10/26/2009 | Thomas E. Moss | Banks-Review and revise argument portion of motion for summary judgment. | 0.75 | 150.00 |
| 10/28/2009 | Paul T. Berkowitz | re Banks Design, Arlene David Affidavit for SJ Motion | 0.50 | 100.00 |
| 10/29/2009 | Paul T. Berkowitz | re Banks - phone call w/ Melanie (Precision) | 0.25 | 50.00 |
| 11/15-11/16 | Paul T. Berkowitz | Summary Judgment Motion, Affidavits | 5.00 | 1,000.00 |
| | | Total Fees | | $7,062.50 |
| 06/05/2008 | | Court Filing Fee | | 350.00 |
| | | Total Costs | | $350.00 |